Scott Lieske, Esq. #016250
Rachel Flinn #027000
3838 N. Central Ave., Ste. 800
Phoenix, Arizona 85012
(602) 277-8996
(602) 253-8346, facsimile
Attorneys for Russell Brown, Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| **RAYMOND KEVIN HOPKINS**, | Case No. **0:11-bk-21651-PS** |
| Debtor(s). | **TRUSTEE'S MOTION TO ALLOW PAYMENT OF UNCLAIMED FUNDS TO COURT** |
| | Proof of claim # 11 |

Russell Brown, Chapter 13 Trustee, pursuant to 11 U.S.C. § 347(a) and Rule 3011, F.R.B.P., moves the Court to allow him to pay the Court unclaimed funds. The Trustee issued a check totaling **$2.09** to the creditor but the check has not been cashed by the creditor.

The Trustee has attempted to contact creditor Credit Bureau Central at its last known address of PO Box 29299 Las Vegas, NV 89126 but those attempts have been unsuccessful. Additional attempts to contact creditor via telephone has been unsuccessful.

Russell Brown, Trustee

/./.

# CERTIFICATE OF MAILING

I, Becky Kahlstorf, do hereby certify that a copy of the **Motion** was mailed or emailed to the following addresses on the date of the electronic signature affixed hereto:

CREDIT BUREAU CENTRAL
P.O. BOX 29299
LAS VEGAS, NV   89126-
Creditor

RAYMOND KEVIN HOPKINS
1990 MCCULLOCH BLVD #D301
LAKE HAVASU CITY, AZ 86403
Debtor(s)

LAW OFFICE OF KENNETH E MOYER, PLLC
1845 MCCULLOCH BLVD., SUITE A10
LAKE HAVASU CITY, AZ 86403
Email: kenmoyer@frontier.com
Attorney for Debtor(s)

Becky Kahlstorf
bkahlstorf@ch13bk.com